UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 05-10061-JLT |
| | ) | CRIMINAL NO. |
| | ) | VIOLATIONS |
| v. | ) | 18 U.S.C. §2252(a)(2) |
| | ) | Receipt of Child Pornography |
| | ) | 18 U.S.C. §2252(a)(4)(B) |
| ANDREW S. HOOD | ) | Possession of Child Pornography |
| | ) | |

INDICTMENT

COUNT ONE: 18 U.S.C. §2252(a)(2) - Receipt of Child Pornography

The Grand Jury charges that:

On or about October 27, 2004, in Wakefield, within the District of Massachusetts, and elsewhere,

ANDREW S. HOOD,

defendant herein, knowingly received a visual depiction that has been mailed, shipped and transported in interstate or foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, that is: Andrew S. Hood received four (4) videos titled "Gym Time," "Sports Exam," "Clean Up," and "Cheer for Me," which contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All in violation of Title 18, United States Code, Section 2252(a)(2).

<u>COUNT TWO</u>: 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The Grand Jury further charges that on or about October 27, 2004, in Wakefield, within the District of Massachusetts,

### ANDREW S. HOOD

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained any physical depiction that had been mailed, shipped and transported in interstate or foreign commerce, which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, that is: ANDREW S. HOOD knowingly possessed CD-ROMs that contained images of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION
(18 U.S.C. § 2253(a)(3) -- Criminal Forfeiture)

18 U.S.C. §2253(a) – Criminal Forfeiture

      1. The allegations of Counts One and Two of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

      2. Upon conviction on any of Counts One and Two hereof, the defendant ANDREW S. HOOD shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of Title 18, United States Code, Section 2252; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations.

      All in violation of Title 18, United States Code, Section 2253(a)(3).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March ___16___, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

3/16/05 @ 1:50pm

4

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: <u>Wakefield</u>     Category No. <u>II</u>     Investigating Agency <u>USPS</u>

City _____    Related Case Information:    05-cr-10061-JLT

County _____    Superseding Ind./ Inf. _____  Case No. _____
                                Same Defendant _____  New Defendant _____
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  <u>Andrew S. Hood</u>                Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  <u>398 Main Street Wakefield MA 01880</u>

Birth date (Year only): <u>78</u>   SSN (last 4 #): <u>7966</u>  Sex <u>m</u>  Race: _____  Nationality: <u>U.S.</u>

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  <u>Ann Taylor</u>                  Bar Number if applicable _____

Interpreter:    ☐ Yes  ☒ No      List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested        ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  two

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 16, 2005       Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Andrew S. Hood

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 2252(a)(2) | receipt of child pornography | Count 1 |
| Set 2  18 U.S.C. 2252(a)(4)(B) | possession of child pornography | Count 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: