# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

ANDREW S. HOOD

CASE NUMBER: _05-cr-10061 JLT_

TO:  The United States Marshal
     and any Authorized Officer of the United States

   YOU ARE HEREBY COMMANDED to arrest___**ANDREW S. HOOD**___
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Receipt and possession of child pornography

in violation of Title ___18___ United States Code, Section(s) 2252(a)(2) and 2252(a)(4)(B)

_Dianne M. Smith_
Name of Issuing Officer

_Dianne M. Smith_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

March 16, 2005 at BOSTON, MA
Date and Location

2005 MAR 17 P 2:42
RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | WARRANT EXECUTED BY USPS ARREST/ARRAIGNMENT OF THE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DEFENDANT ON ___3/21/05___ | |

AO 442 Warrant for Arrest