UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                 CRIMINAL NO. 05-10061 JLT

ANDREW HOOD
        Defendant

## PROCEDURAL ORDER

ALEXANDER, U.S.M.J.

    The parties appeared before the Court on March 21, 1005, for an initial appearance and arraignment. The Government was represented by Assistant United States Attorney Dena Sacco and the defendant was represented by attorney Leslie Feldman-Rumpler. Upon motion of the government, the defendant was TEMPORARILY DETAINED. It is hereby ORDERED that the case be returned to the Magistrate Judge Collings, to whom the case is assigned, for further scheduling. Any dates set by this Court are hereby ORDERED vitiated. The detention hearing scheduled before this Court for March 24, 2005, at 11:00 AM, accordingly, is CANCELLED before this Court. The parties shall inquire of Magistrate Judge Collings as to the date and time for the detention hearing. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

    SO ORDERED.

                                          /S/ Joyce London Alexander
                                          UNITED STATES MAGISTRATE JUDGE