UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10061-JLT |
| v. ) | |
| ) | |
| ANDREW HOOD ) | |
| ) | |

## MOTION TO CONTINUE HEARING

The defendant, Andrew Hood, hereby moves this Honorable Court without objection from the government, to continue the hearing presently scheduled for March 30, 2005 to April 8, 2005 or a date thereafter other than April 12, 2005. The defendant states the following grounds in support of his motion:

1. The hearing was scheduled for March 30 in order to allow the defendant and counsel to prepare a proposed set of release conditions that would be agreeable to the government and pretrial services.

2. At the time the date was set, it was contemplated that the defendant might need additional time, and that has in fact happened.

3. Defense counsel conferenced this matter today by telephone with AUSA Dina Sacco, who indicated that the government had no objection to the continuance, but that April 12 is a date that would not be agreeable to the government.

WHEREFORE, the Defendant, Andrew Hood, hereby requests this Honorable Court to continue the hearing presently scheduled to take place on March 30, 2005 through April 8 or another date soon thereafter at the Court's convenience, except that April 12 is unavailable for counsel.

Respectfully submitted,

ANDREW HOOD
By his Attorney,

Leslie Feldman-Rumpler, Esq.
BBO # 555792
101 Tremont Street, Ste. 708
Boston, MA 02108
(617) 728-9944

## CERTIFICATE OF SERVICE

I, Leslie Feldman-Rumpler, attorney for the defendant, hereby certify that I have served a copy of the within document on AUSA Dina Sacco by hand-delivery to the United States Attorney's Office.

3/29/05
Date

Leslie Feldman-Rumpler, Esq.