AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA
vs.
ANDREW HOOD

**APPEARANCE**

Case Number: 1:05-cr-10061-JLT-1

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ANDREW HOOD

I certify that I am admitted to practice in this court.

APRIL 11, 2005
Date

*[Signature]*
Signature

ROBERT D. LEWIN    298080
Print Name          Bar Number

1 SALEM ST., STE 202
Address

MALDEN        MA        02148
City          State     Zip Code

781-322-2228    781-322-6351
Phone Number    Fax Number