```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

                                    CRIMINAL NO. 05-CR-10061-JLT
_____
                            )
UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
ANDREW HOOD                 )
_____)
```

## MOTION TO WITHDRAW

The undersigned counsel for defendant Andrew Hood respectfully requests this Honorable Court to allow her to withdraw her appearance as counsel for the defendant, stating the following grounds in support of this motion:

1. Private counsel has been retained and has entered an appearance for the defendant.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court to allow her to withdraw her appearance as counsel for the defendant in this matter.

```
                          Respectfully submitted,

                          ANDREW HOOD
                          By his Attorney,


                          /s/ Leslie Feldman-Rumpler
                          Leslie Feldman-Rumpler, Esq.
                          BBO # 555792
                          101 Tremont Street, Ste. 708
                          Boston, MA 02108
                          (617) 728-9944
```

CERTIFICATE OF SERVICE

    I, Leslie Feldman-Rumpler, hereby certify that an electronic copy of this motion has been served on all parties of interest.

| | |
|---|---|
| 4/13/05 | /s/ Leslie Feldman-Rumpler |
| Date | Leslie Feldman-Rumpler, Esq. |