# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

  V.          CRIMINAL NO. 2005-10061-JLT

ANDREW HOOD,
  Defendant.

# ORDER

COLLINGS, U.S.M.J.

  Pre-Trial Services is ORDERED to make the necessary arrangements for the placement of the defendant at Coolidge House as a condition of release.

                /s/ Robert B. Collings
                ROBERT B. COLLINGS
                United States Magistrate Judge

Date: April 21, 2005.