UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 05-10061-JLT |
| v. | ) | |
| | ) | |
| ANDREW HOOD | ) | |

## JOINT STATUS CONFERENCE MEMORANDUM

The United States of America, by Assistant U.S. Attorney Ann Taylor, and the defendant Robert D. Lewin, Esq., jointly submit this memorandum. The parties address herein the issues delineated in L.R. 116.5(A)(1)-(A)(7).

1. The defendant requests additional relief from the otherwise applicable timing requirements imposed by L.R. 116.3, specifically an extra thirty (30) days to request discovery pursuant to L.R. 116.3(A). The Government does not oppose said request.

2. Discovery has been disclosed in this matter. The government does not anticipate any additional discovery with the exception of that due at least twenty-one days prior to trial pursuant to L.R. 116.2(B)(2)(a)-(g)), but allows that it might do so in response to specific defense requests.

3. A motion date should be established under Fed. R. Crim. P. 12(c). The defendant requests that a date be set in approximately 60 days, in order for counsel to review discovery that was recently disclosed.

4. The parties agree that the time between the date of the filing of this memorandum, April 27, 2005, through the date that the Court sets for the filing by the defendant of motions, up

to and including the date that the Court sets for the government's response thereto, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F).

5. At this juncture, the parties anticipate a trial, which is expected to last approximately one week.

6. The parties request that an interim status conference be set.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   s/ Ann Taylor
      Ann Taylor
      Assistant U.S. Attorney


Andrew Hood
Defendant

By:    s/ Robert Lewin
       Robert Lewin
       Counsel for Andrew Hood

DATE: April 27, 2005