UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

V.                                    CRIMINAL NO. 2005-10061-JLT

ANDREW S. HOOD

**DEFENDANT'S MOTION TO RESCHEDULE
INITIAL STATUS CONFERENCE**

Now comes the Defendant and respectfully requests that the Court reschedule the status conference, which is presently set for Friday, April 22, 2005 at 11:45 A.M.

Defendant's counsel, Attorney Robert D. Lewin, has a previously scheduled family matter[1] that day and cannot be at Court.

April 12, 2005

Andrew S. Hood
Defendant
By His Attorney:

Robert D. Lewin, Esq.
1 Salem Street, Suite 202
Malden, MA 02148
Tel. 781-322-2228
Fax. 781-322-6351
Email: boblewin@comcast.net
BBO# 298080

---

[1] Attorney Lewin and his Wife are taking their six-year-old granddaughter to the Big Apple Circus that day and purchased the tickets many months ago.