# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

v.                          CRIMINAL NO. 2005-10061-JLT

ANDREW S. HOOD,
         Defendant.

# *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

3/16/2005 - Indictment returned.

3/21/2005 - Arraignment

3/22 - 4/19/2005 - Excluded as per L.R. 112.2(A)(2)

3/21 - 4/21/2005 -    Government's motion for detention - filing to decision.

4/29/2005- Conference held.

4/30 - 5/31/2005 -    Excluded as per 18 U.S.C. §3161(h)(1)(F).

Thus, as of May 31, 2005, SIX (6) non-excludable days will have occurred

leaving SIXTY-FOUR (64) days left to commence trial so as to be within the

seventy-day period for trial set by statute.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

May 4, 2005.