UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | CRIMINAL NO. 05-10061-JLT |
| ) | |
| ANDREW S. HOOD    ) | |

<u>FINAL STATUS CONFERENCE JOINT MEMORANDUM</u>

The parties hereby provide the Court with the following, pursuant to Local Rule 116.5(C):

1. There are no outstanding discovery issues.

2. No additional discovery is anticipated.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. Alibi is not an issue in this case.

5. The time during which dispositive motions were to be filed by defendant has passed with no motions such filed.

6. No schedule need be set concerning any matter in this case.

7. The parties have discussed the possibility of a plea, and it is highly unlikely that this case will be resolved by way of a plea.

8. There are no periods of excludable delay in addition to the time excluded in this Court's May 4, 2005 Order.

9. Trial would take no more than four days.

Accordingly, the parties request this Court return the file

to the district court for the scheduling of a pretrial conference.

| | |
|---|---|
| ANDREW S. HOOD | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: /s/ Robert D. Lewin<br>    ROBERT D. LEWIN, ESQ.<br>    Attorney for Defendant<br>    (617) 322-2228 | By: /s/ Timothy Q. Feeley<br>    TIMOTHY Q. FEELEY<br>    Assistant U.S. Attorney<br>    (617) 748-3172 |

June 15, 2005