# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2005-10061-JLT

ANDREW S. HOOD,
       Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/16/2005 - Conference held.

Thus, as of June 16, 2005, TWENTY-ONE (21) non-excludable days have occurred leaving FORTY-NINE(49) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                        /s/ Robert B. Collings
                                        ROBERT B. COLLINGS
June 16, 2005.                    United States Magistrate Judge