## LEWIN & LEWIN
### ATTORNEYS AT LAW
ONE SALEM STREET · SUITE 202
MALDEN, MASSACHUSETTS 02148
(781) 322-2228
TOLL FREE IN MASS. 1-800-523-2228
FAX (781) 322-6351

HENRY LEWIN (1903-1987)
ROBERT D. LEWIN

BRANCH OFFICE
18 KATHLEEN DRIVE
ANDOVER, MA 01810
(978) 470-0183

June 28, 2005

Zita Lovett, Courtroom Clerk
Courtroom # 20, 7th Floor
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210
[VIA FAX ONLY: 617-748-9096]

Re: USA v. Andrew S. Hood
    Case No. 1:05-cr-10061
        **Status/Pre-Trial Conference**
        **Wednesday, June 29, 2005 at 10:45 AM**

Dear Clerk Lovett:

I received the hard copy notice of the above referenced conference in my mail on June 28, 2005. I am scheduled to appear in Woburn District Court at 9:00 AM on Wednesday morning. My case in Woburn Court is a change of plea in an operating to endanger case that involves an eighty-year-old victim who suffered life-threatening injuries in an horrific motor vehicle/pedestrian collision. I expect the plea will take about one hour. I will notify the Judge in Woburn of my conference in Federal Court and will make Herculean efforts to be in your courtroom at 10:45 AM.

My email address is: lewinandlewin@verizon.net
My fax number is: 781-322-6351
If I "get stuck" in Woburn District Court I will call your office.

Respectfully submitted:

*[signature]*

Robert D. Lewin, Esq.