## LEWIN & LEWIN
ATTORNEYS AT LAW
ONE SALEM STREET - SUITE 202
MALDEN, MASSACHUSETTS 02148

(781) 322-2228
TOLL FREE IN MASS. 1-800-523-2228
FAX (781) 322-6351

HENRY LEWIN (1903-1987)
ROBERT D. LEWIN

July 1, 2005

BRANCH OFFICE
18 KATHLEEN DRIVE
ANDOVER, MA 01810
(978) 470-0183

Zita Lovett, Courtroom Clerk
Courtroom #209, 7th Floor
U.S. District Court
1 Gourthouse Way
Boston, MA 02210

Re:   U.S.A. vs Andrew S. Hood
      Case No. 1:05-CR-10061-JLT

Dear Clerk Lovett:

   I am counsel for Andrew Hood.

   I will be away on vacation July 1 - 11.

   I am suggesting that I call AUSA Timothy Feeley and your office on Tuesday, July 12 for the purpose of scheduling the status/pre-trial conference in the above referenced case for a date and time that is convenient for all of us.

   Your assistance in this regard is greatly appreciated.

Respectfully submitted,

Robert D. Lewin,
Attorney for:
Andrew S. Hood

cc:   Timothy Feeley, AUSA
      U.S. Attorney's Office
      U.S. District Court, Suite 9200
      1 Courthouse Way
      Boston, MA 02210