UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 05-10061-JLT |
| | ) | |
| ANDREW S. HOOD | ) | |

GOVERNMENT'S MOTION FOR PRETRIAL CONFERENCE
AND TO EXCLUDE TIME

The government hereby moves that his Court schedule a pretrial conference at its earliest convenience. As grounds therefor, the government states that a final status conference was held before Magistrate Judge Collings on June 16, 2005, and at that time, this case was transferred back to this Court, with the speedy trial clock running. As of June 16, 2005, 49 days remained in which to commence trial so as to be within the seventy day period for trial. A pretrial conference was set by this Court for June 29, 2005, but was cancelled. The undersigned Assistant U.S. Attorney was on leave and defense counsel indicated to the clerk of this Court that he was scheduled to be in another court and might not be available at the scheduled time. Accordingly, the government asks that this Court schedule a pretrial conference at its earliest convenience, and exclude

the time from June 29, 2005 until the re-scheduled pretrial conference from the time within which this case must be tried.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

July 12, 2005

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's counsel, Robert D. Lewin, Esq., 1 Salem Street, Suite 202, Malden, MA 02148, a copy of the foregoing document by first class mail.

_____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney