UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA)
                             )
    V.                      )    CRIMINAL NO. 05-10061-JLT
                             )
ANDREW S. HOOD       )

DEFENDANT'S PARTIAL ASSENT
AND PARTIAL OBJECTION TO
THE GOVERNMENT'S MOTION
FOR PRE TRIAL CONFERENCE
AND TO EXCLUDE TIME

The Defendant assents to that part of the Government's Motion that asks that the "Court schedule a pretial conference at its earliest convenience".

The Defendant objects to that part of the Government's Motion that asks that the Court "exclude the time from June 29, 2005 until the re-scheduled pretrial conference from the time within which this case must be tried".

The reasons why the Defendant objects to the exclusion of time are as follows:

(1) The Defendant was arrested and arraigned on March 21, 2005 and at the request of the Government was ordered detained. The Defendant was sent to the Plymouth County (MA) Jail and remained there until on or about May 10, 2005.

(2) On or about May 10, 2005 an order setting conditions of release was signed by the Magistrate.

(3) On or about May 10, 2005, the Defendant was released on conditions. Condition #2 was that the "defendant shall be confined at all times to the Coolidge House except when he is permitted to leave for employment purposes by authorities at Coolidge House". Except to go to work and to go to court, the Defendant has remained confined at Coolidge House.

(4) The Defendant has filed no motions (either discovery or substantive) and has not sought any delay of the proceedings.

(5) The Defendant has been for some time and is now ready for trial.

(6) The Defendant requests that his case be tried speedily and within the time limits set by law. (See 18 U.S.C. Sec. 3161).

WHEREFORE, the Defendant respectfully objects to the exclusion of any time.

                                         Andrew Hood
                                         Defendant

                                         By His Attorney:

July 20, 2005
Date
                                         Robert D. Lewin, Esq.
                                         BBO #298080
                                         1 Salem Street, Ste. 202
                                         Malden, MA   02148
                                         Tel: 781-322-2228
                                         Fax: 781-322-6351


                                Certificate of Service

This is to certify that I have this day served upon Government Counsel, Timothy Q. Feeley, Assistant United States Attorney, U.S. Attorney's Office, Suite 9200, U.S. District Court, 1 Courthouse Way, Boston, MA, a copy of the foregoing document by hand delivery to the U.S. Attorney's Office.

July 20, 2005
Date
                                         Robert D. Lewin,
                                         Counsel for Andrew Hood