UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 05-10061-JLT |
| | ) | |
| ANDREW S. HOOD | ) | |

<u>GOVERNMENT'S FIRST MOTION TO EXCLUDE TIME</u>

The government hereby moves that his Court exclude from the time within which this case must be tried the period from April 13, 2005, when defendant's first attorney moved to withdraw [Docket No. 11], to May 4, 2005, when the Court (Collings, M.J.) allowed the defendant's motion. [Docket 5/4/05]. As grounds therefor, the government states that the Speedy Trial Act provides for the exclusion of time for "delay resulting from any pretrial motions, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." 18 U.S.C. §3161(h)(1)(F). As the Court had the defendant's motion under advisement for less than 30 days, the entire period from its filing to its disposition is excludable feom the time within which this case must be tried. 18 U.S.C. §3161(h)(1)(J).

                                                 Respectfully submitted,

                                                 MICHAEL J. SULLIVAN
                                                 United States Attorney

                                      By: <u>/s/ Timothy Q. Feeley</u>
                                                TIMOTHY Q. FEELEY
August 4, 2005                        Assistant U.S. Attorney
                                                (617) 748-3172

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's counsel, Robert D. Lewin, Esq., 1 Salem Street, Suite 202, Malden, MA 02148, a copy of the foregoing document by hand.

/s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney