UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 05-10061-JLT |
| | ) | |
| ANDREW S. HOOD | ) | |

GOVERNMENT'S SECOND MOTION TO EXCLUDE TIME

The government hereby moves that his Court exclude from the time within which this case must be tried the period from July 12, 2005, when the government filed its motion for pretrial conference and motion to exclude time, [Docket No. 27], to August 4, 2005, when the Court is expected to rule on the contested motion to exclude time. As grounds therefor, the government states that the Speedy Trial Act provides for the exclusion of time for "delay resulting from any pretrial motions, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." 18 U.S.C. §3161(h)(1)(F). As the Court will rule on the government's motion to exclude time, which the defendant opposed on July 20, 2005 [Docket No. 28], less than 30 days after the defendant's opposition was docketed, the entire period from the filing of the

motion to its disposition is excludable from the time within which this case must be tried.  18 U.S.C. §3161(h)(1)(J).

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                         By:  /s/ Timothy Q. Feeley
                                  TIMOTHY Q. FEELEY
August 4, 2005                  Assistant U.S. Attorney
                                  (617) 748-3172


                    CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's counsel, Robert D. Lewin, Esq., 1 Salem Street, Suite 202, Malden, MA 02148, a copy of the foregoing document by hand.

                                  /s/ Timothy Q. Feeley
                                  TIMOTHY Q. FEELEY
                                  Assistant U.S. Attorney