UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                  *
                                          *
v.                                        *   Criminal Action No. 05-10061-JLT
                                          *
ANDREW HOOD                               *

ORDER

August 4, 2005

TAURO, J.

After the Pretrial Conference held on August 4, 2005, this court hereby orders that:

1. Trial will commence on August 22, 2005 at 10:00 a.m.;

2. The morning trial session will begin each day at 10:00 a.m. and end at 1:00 p.m., and the afternoon trial session will begin at 2:15 p.m. and end at 4:30 p.m.;

3. On or before August 18, 2005, the Parties shall file any Motions *in Limine*;

4. On or before August 18, 2005, the Government shall file a Witness List containing the following:

    (1) The names of witnesses to be called (expert and others), and

    (2) The time needed for the direct examination of each witness;

5. The Government shall file an Exhibit List on or before August 18, 2005; and

6. All exhibits to be used at trial shall be pre-marked. The Government shall use numbers, and Defendant shall use letters.

IT IS SO ORDERED.

By the Court,

_____
United States District Judge