UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
         V.              )    CRIMINAL NO. 05-10061-JLT
                         )
ANDREW S. HOOD           )
```

**GOVERNMENT'S WITNESS LIST**

The government will call the following witnesses in its case-in-chief, in the order listed:

1. Thomas Kochman, Postal Inspector, Harrisburg, PA
2. Richard Irvine, Postal Inspector, Boston, MA
3. John Madama, Digital Imaging Consultant, Gloucester, MA

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Timothy Q. Feeley
    TIMOTHY Q. FEELEY
    Assistant U.S. Attorney
    (617) 748-3172

August 19, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's counsel, Robert D. Lewin, Esq., 1 Salem Street, Suite 202, Malden, MA 02148, a copy of the foregoing document by fax at (781) 322-6351.

        /s/ Timothy Q. Feeley
        TIMOTHY Q. FEELEY
        Assistant U.S. Attorney