UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
          V.             )    CRIMINAL NO. 05-10061-JLT
                         )
ANDREW S. HOOD           )
```

**GOVERNMENT'S EXHIBIT LIST**

1.   Blank undercover solicitation form, with mailing envelope

2.   Blank order form

3.   First mailing envelope from undercover operation

4.   Solicitation form as returned by defendant, with envelope

5.   Order form and product descriptions as provided to defendant with envelope

6.   Returned order form completed by defendant, with envelope

7.   Money order

8.   Video tape, "Sports Exam"

9.   Video tape, "Gym Time"

10.  Video tape, "Cheer for Me"

11.  Video tape, "Clean Up"

12.  October 26, 2004 e-mail

13.  Postal notice form of parcel to be picked-up

14.  Mailing box for video tapes

15.  Miranda warning form

16.  Initialed and dated undercover documents

17.  Consent to search form

18.  Digital image (0697)

19.  Digital image (A10)

20.  Digital image (0862)

21.  Digital image (suc4m ~16)

22.  Digital image (0223)

23.  Digital image (0753)


                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
                              (617) 748-3172

August 19, 2005


                      CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendant's
counsel, Robert D. Lewin, Esq., 1 Salem Street, Suite 202,
Malden, MA 02148, a copy of the foregoing document by fax at
(781) 322-6351.


                              /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney