```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 05-10061-JLT |
| ) | |
| ANDREW S. HOOD   ) | |

### GOVERNMENT'S ADDITIONAL PROPOSED JURY INSTRUCTION

Pursuant to Fed. R. Crim. P. 30, the government hereby submits an additional request for a jury instruction in the captioned matter. The government reserves the right to supplement, modify, or withdraw all of its proposed jury instructions in light of the defendant's jury instructions and developments at trial.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney
                         By:
                              /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
                              (617) 748-3172
August 20, 2005
```

### Certificate of Service

I hereby certify that a true copy of the above document was served this date upon counsel for the defendant by facsimile.

```
                              /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
```

<u>GOVERNMENT'S REQUESTED JURY INSTRUCTION NO. 12</u>

(Undercover Operations)

You have heard testimony about an undercover operation run by the Postal Inspection Service that was used in the Government's investigation in this case. Law enforcement officials are not precluded from engaging in stealth and deception, such as the use of undercover agents and operations, in order to apprehend persons engaged in criminal activities. Indeed, the detection of certain types of crimes would be extremely difficult without the use of such techniques. Undercover agents and operations may properly make use of false names and appearances and may properly assume the roles of members of criminal organizations. The government may utilize a broad range of schemes and ploys to ferret out criminal activity.

Whether or not you approve of the use of an undercover operation to detect unlawful activities is not to enter into your deliberations in any way. If you are satisfied beyond a reasonable doubt that the defendant committed the offenses charged in either or both of the two counts in the Indictment, the fact that the government made use of an undercover operation is irrelevant to your determination.

Criminal Committee on Model Jury Instructions, Ninth Circuit, <u>Ninth Circuit Manual of Model Jury Instructions- Criminal</u>, (2000 ed.); Sand Instruction 5.08.