UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05-10061-JLT |
| ) | |
| ANDREW S. HOOD    ) | |

GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

_____The Government respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1.    This case was investigated by the United States Postal Inspection Service.  Is there anything about your attitude towards the United States Postal Service or the United States Postal Inspection Service that would prevent you from fairly and impartially evaluating the evidence and rendering a fair and impartial verdict?

2.    The United States of America is the prosecuting authority in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

(a)    ever been employed by the federal government in any capacity;

(b)    ever filed a lawsuit or claim of any kind against any police or other law enforcement officer; or

(c)    ever filed a claim or lawsuit against the United States or any of its agencies, or answered a claim or lawsuit filed by the federal government?

3.    Have any of you or any members of your immediate family been involved in the criminal justice system as a defendant in a criminal case?  If so, has your experience as a criminal defendant, or as the family member of a criminal defendant, led you to form opinions about the criminal justice system, including the participants in that system such as judges, law enforcement officers, and prosecutors, such that you would be unable to be a

completely fair and impartial juror in this case?

    4.  In this case, the government alleges that the defendant received and possessed child pornography.  Under the laws of the United States it is illegal for a person to receive or possess child pornography that has been mailed, shipped or transported across state lines.  Do any of you hold strong views, one way of the other, regarding the regulation or restriction of child pornography, such that you may be unable to apply the law as I instruct you, or be a completely fair and impartial juror in this case?

    5.  Are you aware of any beliefs or feelings which would prevent you from completely and honestly applying the law, as I give it to you at the end of the case, to the facts as you find them, and be a completely fair and impartial juror in this case?

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                      By:  /s/ Timothy Q. Feeley
                          TIMOTHY Q. FEELEY
                          Assistant U.S. Attorney
                          (617) 748-3172

August 20, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing pleading on counsel for the defendant, Robert Lewin, Esq. by faxing a copy of same to his office on this date.

                                      /s/ Timothy Q. Feeley
                                      Timothy Q. Feeley
                                      Assistant U.S. Attorney