11:15 P.M.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                              CASE NO. CR 05-10061-JLT

ANDREW S. HOOD

## VERDICT FORM

WE, THE JURY, FIND:   THE DEFENDANT, ANDREW HOOD,

COUNT 1

NOT GUILTY ____        GUILTY ✓    OF : RECEIPT OF CHILD PORNOGRAPHY

COUNT 2

NOT GUILTY ____        GUILTY ✓    OF: POSSESSION OF CHILD PORNOGRAPHY

8/22/05
DATE

Jared Atwater
FOREPERSON'S SIGNATURE