CASE NO: (~~CIVIL~~) (CRIMINAL) CR 05-10061-JLT

TITLE: UNITED STATES vs ANDREW HOOD

### J U R Y   P A N E L

(1. JARED M. ATWATER, (25)    (7 ISRAEL TORRES (1)

(2. SARA CHANTHOMPALIT (28)   (8 NICHOLAS E. CONNORS (29)

(3. DONNA M. MYERS (15)       (9 RICHARD T. HADDAD (8)

(4. ROMUALDAS ZUKAUSKAS (31)  (10 ROGER R. RIDDELL (5)

(5. JOHN R. McNULTY (38)      (11 DIANE OLIVEIRA (41)

(6. MICHELE T. CANTERBURY (30)(12 PATRICIA A. CASEY (6)

JENNIFER L. GARVEY (9)        ALAN J. DICKSON (11)
_____       _____
Alternate # 1                 Alternate # 2

_____       _____
Alternate # 3                 Alternate # 4

(~~CIVIL~~) (GOV'T)     W I T N E S S E S     DEFENDANT

1. THOMAS KOCHMAN, 8/22       1. _____
2. RICHARD IRVINE, 8/22       2. _____
3. _____    3. _____
4. _____    4. _____
5. _____    5. _____
6. _____    6. _____
7. _____    7. _____
8. _____    8. _____
9. _____    9. _____
10. _____    10. _____
11. _____    11. _____
12. _____    12. _____
13. _____    13. _____
14. _____    14. _____