```
                                                         FILED
                                                    IN CLERKS OFFICE

              UNITED STATES DISTRICT COURT         2005 NOV 21  A 10: 20

          FOR THE DISTRICT OF MASSACHUSETTS        U.S. DISTRICT COURT
                                                   DISTRICT OF MASS.
              CRIMINAL NO. 05-CR-10061 JLT
```

UNITED STATES OF AMERICA )
)
VS )      **NOTICE OF APPEAL**
)
ANDREW HOOD )

Notice is hereby given that Andrew Hood, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final Judgment entered in this action on 17th day of November, 2005.

November 21, 2005

*[signature: Robert D. Lewin]*

Robert D. Lewin, Esq.
Attorney for Andrew Hood
1 Salem Street, Suite 202
Malden, MA 02148
Tel. 781-322-2228
Fax. 781-322-6351
Email: lewinandlewin@verizon.net