*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 05-cr-10061

United States of America

v.

Andrew Hood

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 9, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/9/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10061-JLT-ALL

Case title: USA v. Hood

Date Filed: 03/16/2005

Assigned to: Judge Joseph L. Tauro

**Defendant**

**Andrew S. Hood** (1)
*TERMINATED: 11/16/2005*

represented by **Robert D. Lewin**
Lewin & Lewin
One Salem Street, Suite 202
Malden, MA 02148
781-322-2228
Fax: 781-322-6351
Email: lewinandlewin@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Leslie Feldman-Rumpler**
Law Office of Feldman-Rumpler
101 Tremont Street
Suite 708
Boston, MA 02108
617-728-9944
Fax: N/A
Email: lfeldmanr@aol.com
*TERMINATED: 05/04/2005*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 5 years. The court recommends that the defendant serve this sentence at FMCI, Ft. Devens, Massachusetts and that the defendant participate in a mental health program while in custody. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on 01/09/2006. Upon

18:2252(a)(2) Receipt of Child Pornography
(1)

release from imprisonment, the defendant shall be on supervised release for a term of 2 years. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student as directed by the probation officer. The standard conditions of supervision will apply. The defendant is to participate in a program for substance abuse counseling as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant is to participate in a sex offender specific treatment program which may include sex offender specific testing at the direction of the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant shall be required to submit to periodic polygraph testing as a means to insure that he is in compliance with the requirements of his therapeutic program. No violation proceedings will arise based solely on a defendant's failure to pass the polygraph. Such an event could, however, generate a separate investigation> When submitting to polygraph exam, the defendant does not waive his Fifth Amendment rights, and the defendant's exercise of his Fifth Amendment rights will not give rise to violation proceedings. The defendant is prohibited from engaging in an

occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have unsupervised contact with anyone under the age of 18. The defendant is prohibited from possessing a computer and/or related materials except as deemed necessary for work purposes. The defendant shall report his address, and any subsequent address changes, to the Probation Office. A special assessment fee of $200.00 shall be applied.

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 5 years. The court recommends that the defendant serve this sentence at FMCI, Ft. Devens, Massachusetts and that the defendant participate in a mental health program while in custody. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on 01/09/2006. Upon release from imprisonment, the defendant shall be on supervised release for a term of 2 years. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student as directed by the probation officer. The standard conditions of supervision will apply. The defendant is to participate in a program for substance abuse counseling as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to

| | |
|---|---|
| 18:2252(a)(4)(B) Possession of Child Pornography<br>(2) | pay or availability of third-party payment. The defendant is to participate in a sex offender specific treatment program which may include sex offender specific testing at the direction of the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant shall be required to submit to periodic polygraph testing as a means to insure that he is in compliance with the requirements of his therapeutic program. No violation proceedings will arise based solely on a defendant's failure to pass the polygraph. Such an event could, however, generate a separate investigation> When submitting to polygraph exam, the defendant does not waive his Fifth Amendment rights, and the defendant's exercise of his Fifth Amendment rights will not give rise to violation proceedings. The defendant is prohibited from engaging in an occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have unsupervised contact with anyone under the age of 18. The defendant is prohibited from possessing a computer and/or related materials except as deemed necessary for work purposes. The defendant shall report his address, and any subsequent address changes, to the Probation Office. A special assessment fee of $200.00 shall be applied. |

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**               **Disposition**
None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

None

---

**Plaintiff**

USA                         represented by   **Ann Taylor**
                                             United States Attorney's Office
                                             1 Courthouse Way
                                             Suite 9200
                                             Boston, MA 02210
                                             617-748-3221
                                             Email: Ann.Taylor@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Dena T. Sacco**
                                             United States Attorney's Office
                                             John Joseph Moakley Federal
                                             Courthouse
                                             1 Courthouse Way
                                             Suite 9200
                                             Boston, MA 02210
                                             617-748-3304
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Timothy Q. Feeley**
                                             United States Attorney's Office
                                             John Joseph Moakley Federal
                                             Courthouse
                                             1 Courthouse Way
                                             Suite 9200
                                             Boston, MA 02210
                                             617-748-3100
                                             Fax: 617-748-9354
                                             Email: timothy.feeley@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2005 | 1 | SEALED INDICTMENT as to Andrew S. Hood (1) count(s) 1, 2. (Gawlik, Cathy) (Entered: 03/17/2005) |
| 03/16/2005 | 2 | MOTION to Seal as to Andrew S. Hood by USA. (Gawlik, Cathy) (Entered: 03/17/2005) |

| | | |
|---|---|---|
| 03/16/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 2 Motion to Seal as to Andrew S. Hood (1) (Gawlik, Cathy) (Entered: 03/17/2005) |
| 03/21/2005 | 4 | MOTION to Unseal Case as to Andrew S. Hoodby USA. (Diskes, Sheila) (Entered: 03/21/2005) |
| 03/21/2005 | | Judge Joyce London Alexander : Electronic ORDER entered granting [4] Motion to Unseal Case as to Andrew S. Hood (1) (Diskes, Sheila) (Entered: 03/21/2005) |
| 03/21/2005 | | Case unsealed as to Andrew S. Hood (Diskes, Sheila) (Entered: 03/21/2005) |
| 03/21/2005 | | Arrest of Andrew S. Hood (Brown, Rex) (Entered: 03/21/2005) |
| 03/21/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Appearance as to Andrew S. Hood held on 3/21/2005. The Court advises the defendant of his rights and the charges. The defendant is provided with a finacial affidavit and requests counsel. The Court will appoint the duty CJA attorney Leslie Feldman Rumpler upon receipt and approval of the financial affidavit. Arraignment as to Andrew S. Hood (1) Count 1,2 held on 3/21/2005. The Court advises the defendants of the charges and the government states the maximum penalty. The defendant pleads not guilty to the charges. The Court provides automatic disclosure notice to counsel. Initial Status Conference will be scheduled at next hearing. Detention Hearing set for 3/24/2005 11:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 03/21/2005) |
| 03/21/2005 | 5 | Arrest Warrant Returned Executed on March 21, 2005 as to Andrew S. Hood. (Abaid, Kim) (Entered: 03/22/2005) |
| 03/21/2005 | 9 | NOTICE OF AUTOMATIC DISCLOSURE by Andrew S. Hood (Brown, Rex) (Entered: 04/04/2005) |
| 03/22/2005 | 6 | Judge Joyce London Alexander : ORDER entered. as to Andrew S. Hood re Arraignment and Initial Appearance. The parties shall inquire of Magistrate Judge Collings as to the date and time for the detention hearing. (Brown, Rex) (Entered: 03/22/2005) |
| 03/25/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Detention Hearing as to Andrew S. Hood held on 3/25/2005. Ann Taylor for Gov't, Leslie Feldman-Rumpler for Def't, Pretrial Services. Court sets date for Initial Status Conf. - Friday, April 22, 2005 @ 2:45 PM. Def't indicates that it is having trouble contacting persons re release. Court continues hearing to Wednesday March 30, 2005 @ 11:45 AM. (Digital Recording.) (Russo, Noreen). (Entered: 03/25/2005) |
| 03/25/2005 | 7 | Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER as to Andrew S. Hood. Initial Status Conference set for Friday, April 22, 2005 @ 11:45 A.M. (Russo, Noreen) (Entered: 03/28/2005) |
| 03/29/2005 | 8 | MOTION to Continue Hearing to April 8, 2005 or a Date thereafter as to |

| | | |
|---|---|---|
| | | Andrew S. Hood. (Abaid, Kim) (Entered: 03/29/2005) |
| 03/30/2005 | | Judge Robert B. Collings : Electronic ORDER entered granting 8 Motion to Continue as to Andrew S. Hood (1). "Allowed to 4/8/2005 @ 2:15 P.M." (Russo, Noreen) (Entered: 03/31/2005) |
| 04/06/2005 | | Electronic NOTICE OF RESCHEDULING as to Andrew S. Hood Detention Hearing set for 4/12/2005 @ 3:00 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 04/06/2005) |
| 04/11/2005 | 10 | NOTICE OF ATTORNEY APPEARANCE: Robert D. Lewin appearing for Andrew S. Hood (Abaid, Kim) (Entered: 04/12/2005) |
| 04/12/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Detention Hearing as to Andrew S. Hood held on 4/12/2005. Ann Taylor for Gov't, R. Lewin for Def't. Pretrial Services. Court grants Def'ts motion to change date of initial status conf. to 4/29/2005 @ 2:15 P.M. Def't counsel indicates there is no landline phone for Def't with Father's housing. Court indicates that if the Def't can get an apartment with a landline phone it will consider release. Court continues to April 21, 2005 @ 3:00 P.M. (Digital Recording.) (Russo, Noreen) (Entered: 04/12/2005) |
| 04/12/2005 | 14 | MOTION to Continue Initial Status Conferenceas to Andrew S. Hood. (Abaid, Kim) (Entered: 05/02/2005) |
| 04/12/2005 | | Judge Robert B. Collings : Electronic ORDER entered granting 14 Motion to Continue as to Andrew S. Hood (1). "ALLOWED, to 4/29/2005 @ 2:00 P.M." (Russo, Noreen) (Entered: 05/25/2005) |
| 04/13/2005 | 11 | MOTION to Withdraw as Attorney by Leslie Feldman-Rumpler. as to Andrew S. Hood. (Feldman-Rumpler, Leslie) (Entered: 04/13/2005) |
| 04/21/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Detention Hearing as to Andrew S. Hood held on 4/21/2005. Paul Moore for Gov't for Ann Taylor, Attorney Lewin for Mr. Hood. Pretrial Services. Court notes that full detention hearing not yet held and court goes ahead with detention hearing. Court indicates that it is not willing to release def't without monitoring. Suggests release to Coolage House to enable him to become employed and can save for an apartment with landline. Def't agrees. Court to issue an order directing Pretrial to arrange placement. Court will schedual hearing once Pretrial reports placement. (Digital Recording.) (Russo, Noreen). (Entered: 04/21/2005) |
| 04/21/2005 | 12 | Judge Robert B. Collings : ORDER entered. as to Andrew S. Hood (Russo, Noreen) (Entered: 04/25/2005) |
| 04/26/2005 | 13 | STATUS REPORT by USA as to Andrew S. Hood (Sacco, Dena) (Entered: 04/26/2005) |
| 04/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Status Conference as to Andrew S. Hood held on 4/29/2005. Paul Moore for Gov't, R. Lewin for Def't. Def't does not |

| | | |
|---|---|---|
| | | request relief from the 116 time requirements, no experts expected, court sets 45 days before trial for Gov't expert, 21 for def't, neither party owes any discovery, there may be a motion to suppress. Court allows to cob 5/31/2005 for motions to suppress. Trial unlikely but 7 days if a trial is needed. Final Status Conf. set for 6/16/2005 @ 10:30 A.M. (Digital Recording.) (Russo, Noreen) (Entered: 05/04/2005) |
| 05/04/2005 | | Judge Robert B. Collings: Electronic ORDER entered granting 11 Motion to Withdraw as Attorney. as to Andrew S. Hood (1) (Entered: 05/04/2005) |
| 05/04/2005 | 15 | Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5 (C)) as to Andrew S. Hood (Russo, Noreen) (Entered: 05/04/2005) |
| 05/04/2005 | 16 | Judge Robert B. Collings : ORDER entered. ORDER OF EXCLUDABLE DELAY as to Andrew S. Hood Time excluded from 3/16/2005 until 3/16/2005. Time excluded from 3/21/2005 until 3/21/2005. Time excluded from 3/22/2005 until 4/19/2005. Time excluded from 3/21/2005 until 4/21/2005. Time excluded from 4/29/2005 until 4/29/2005. Time excluded 4/30/2005 until 5/31/2005. Thus, as of May 31, 2005, SIX (6) non-excludable days will have occurred leaving SIXTY-FOUR (64) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 05/04/2005) |
| 05/04/2005 | 17 | Judge Robert B. Collings : ORDER entered. REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)as to Andrew S. Hood. (Russo, Noreen) (Entered: 05/04/2005) |
| 05/09/2005 | | Electronic NOTICE OF HEARING as to Andrew S. HoodCon't Detention Hearing set for 5/10/2005 01:45 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 05/09/2005) |
| 05/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Release Hearing as to Andrew S. Hood held on 5/10/2005. D. Sacco for Gov't, R. Lewin for Def't, Pretrial Services. Court asks about Def't being able to work consistant with Coolidge House's procedures and Pretrial does not object. Court advises Def't of conditions of release and he indicates he understands. (Digital Recording.) (Russo, Noreen) (Entered: 05/10/2005) |
| 05/10/2005 | 18 | Appearance Bond Entered as to Andrew S. Hood in amount of $ 25,000.00. (Russo, Noreen) (Entered: 05/18/2005) |
| 05/10/2005 | 19 | Judge Robert B. Collings : ORDER entered. ORDER Setting Conditions of Release as to Andrew S. Hood (1) 25,000.00 (Russo, Noreen) (Entered: 05/18/2005) |
| 06/07/2005 | 20 | NOTICE OF ATTORNEY APPEARANCE Timothy Q. Feeley appearing for USA. (Feeley, Timothy) (Entered: 06/07/2005) |

| 06/15/2005 | 21 | STATUS REPORT *Joint Memorandum* by USA as to Andrew S. Hood (Feeley, Timothy) (Entered: 06/15/2005) |
| --- | --- | --- |
| 06/16/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Final Status Conference as to Andrew S. Hood held on 6/16/2005. T. Feeley for Gov't, R. Lewin for Def't. No dispositive motions are going to be filed by Def't. Case will be tried and court will send case to District Judge for a pretrial conf. (Digital Recording.) (Russo, Noreen) (Entered: 06/16/2005) |
| 06/16/2005 | 22 | Judge Robert B. Collings : ORDER entered. FURTHER ORDER OF EXCLUDABLE DELAY as to Andrew S. Hood. Time excluded from 6/16/2005 until 6/16/2005. Thus, as of June 16, 2005, TWENTY-ONE (21) non-excludable days have occurred leaving FORTY-NINE (49) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 06/16/2005) |
| 06/16/2005 | 23 | Judge Robert B. Collings : ORDER entered. ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO 116.5(C)as to Andrew S. Hood. (Russo, Noreen) (Entered: 06/16/2005) |
| 06/16/2005 |  | Case as to Andrew S. Hood no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 06/16/2005) |
| 06/24/2005 |  | NOTICE by the COURT: A status/pre-trial conference will be held on June 29, 2005 at 10:45 a.m. in re: Andrew S. Hood (Lovett, Zita) (Entered: 06/24/2005) |
| 06/28/2005 |  | NOTICE by the COURT: the conference scheduled for June 29, 2005 is cancelled. (Lovett, Zita) (Entered: 06/28/2005) |
| 06/29/2005 | 24 | NOTICE of Withdrawal of Appearance in case as to Andrew S. Hood. (Sacco, Dena) (Entered: 06/29/2005) |
| 06/29/2005 | 25 | Letter (non-motion) regarding Status/Pre-Trial Conference as to Andrew S. Hood (Abaid, Kim) (Entered: 06/29/2005) |
| 07/05/2005 | 26 | Letter (non-motion) from Robert Lewin regarding rescheduling status/pretrial conference set for 7/12/05 as to Andrew S. Hood (Smith, Bonnie) (Entered: 07/06/2005) |
| 07/12/2005 | 27 | MOTION for Pretrial Conference and MOTION for Excludable Delay from June 29, 2005 to the new date of the pretrial conference, as to Andrew S. Hoodby USA. (Abaid, Kim) (Entered: 07/15/2005) |
| 07/20/2005 | 28 | Partial Assent and Partial Objection by Andrew S. Hood re 27 Motion for Pretrial Conference and to Exclude Time. (Abaid, Kim) (Entered: 07/20/2005) |
| 07/21/2005 |  | NOTICE by the COURT: a pre-trial conference will be held on August 4, 2005 at 10:15 a.m. TRIAL is scheduled for August 22, 2005 at 10:00 a.m. as to by Andrew S. Hood. (Lovett, Zita) (Entered: 07/21/2005) |

| | | |
|---|---|---|
| 08/04/2005 | 29 | First MOTION for Excludable Delay from April 13, 2005 to May 4, 2005 as to Andrew S. Hoodby USA. (Feeley, Timothy) (Entered: 08/04/2005) |
| 08/04/2005 | 30 | Second MOTION for Excludable Delay from July 12, 2005 to August 4, 2005 as to Andrew S. Hoodby USA. (Feeley, Timothy) (Entered: 08/04/2005) |
| 08/04/2005 | 31 | MOTION to Dismiss Indictment with Prejudiceas to Andrew S. Hood. (Abaid, Kim) (Entered: 08/04/2005) |
| 08/04/2005 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 27 Motion to Exclude as to Andrew S. Hood (1); granting 27 Motion for Hearing as to Andrew S. Hood (1); granting 29 Motion to Exclude as to Andrew S. Hood (1); granting 30 Motion to Exclude as to Andrew S. Hood (1); denying 31 Motion to Dismiss as to Andrew S. Hood (1) (Abaid, Kim) (Entered: 08/04/2005) |
| 08/04/2005 | 32 | Judge Joseph L. Tauro : TRIAL ORDER entered. Trial will commence on August 22, 2005 at 10:00 AM in Courtroom 20 Before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 08/04/2005) |
| 08/19/2005 | 33 | WITNESS LIST by USA as to Andrew S. Hood (Feeley, Timothy) Modified on 8/22/2005 (Abaid, Kim). (Entered: 08/19/2005) |
| 08/19/2005 | 34 | EXHIBIT LIST by USA as to Andrew S. Hood (Feeley, Timothy) Modified on 8/22/2005 (Abaid, Kim). (Entered: 08/19/2005) |
| 08/19/2005 | 35 | Proposed Jury Instructions by USA as to Andrew S. Hood (Feeley, Timothy) (Entered: 08/19/2005) |
| 08/20/2005 | 36 | Proposed Jury Instructions by USA as to Andrew S. Hood (Feeley, Timothy) (Entered: 08/20/2005) |
| 08/20/2005 | 37 | Proposed Voir Dire by USA as to Andrew S. Hood (Feeley, Timothy) (Entered: 08/20/2005) |
| 08/22/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Voir Dire held on 8/22/2005 as to Andrew S. Hood. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/24/2005) |
| 08/22/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Selection as to Andrew S. Hood held on 8/24/2005. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/24/2005) |
| 08/22/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial as to Andrew S. Hood held on 8/22/2005. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/24/2005) |
| 08/22/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial as to Andrew S. Hood completed 8/22/2005 by jury verdict: GUILTY COUNTS 1 and 2. Disposition set for November 7, 2005 at 10:00 a.m. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/24/2005) |
| 08/22/2005 | 38 | JURY VERDICT as to Andrew S. Hood (1) Guilty on Count 1,2. (Abaid, |

| | | |
|---|---|---|
| | | Kim) (Entered: 08/25/2005) |
| 08/22/2005 | 39 | Trial Witness List. (Abaid, Kim) (Entered: 08/25/2005) |
| 11/03/2005 | | NOTICE OF RESCHEDULING as to Andrew S. Hood. Sentencing set for 11/9/2005 2:30 PM in Courtroom 20 before Judge Joseph L. Tauro. (the 11/7/05 date is cancelled)(Lovett, Zita) Modified on 11/4/2005 (Abaid, Kim). (Entered: 11/03/2005) |
| 11/09/2005 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Sentencing held on 11/9/2005 for Andrew S. Hood (1), Count(s) 1, 2, The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 5 years. The court recommends that the defendant serve this sentence at FMCI, Ft. Devens, Massachusetts and that the defendant participate in a mental health program while in custody. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on 01/09/2006. Upon release from imprisonment, the defendant shall be on supervised release for a term of 2 years. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student as directed by the probation officer. The standard conditions of supervision will apply. The defendant is to participate in a program for substance abuse counseling as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant is to participate in a sex offender specific treatment program which may include sex offender specific testing at the direction of the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant shall be required to submit to periodic polygraph testing as a means to insure that he is in compliance with the requirements of his therapeutic program. No violation proceedings will arise based solely on a defendant's failure to pass the polygraph. Such an event could, however, generate a separate investigation> When submitting to polygraph exam, the defendant does not waive his Fifth Amendment rights, and the defendant's exercise of his Fifth Amendment rights will not give rise to violation proceedings. The defendant is prohibited from engaging in an occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have unsupervised contact with anyone under the age of 18. The defendant is prohibited from possessing a computer and/or related materials except as deemed necessary for work purposes. The defendant shall report his address, and any subsequent address changes, to the Probation Office. A special assessment fee of $200.00 shall be applied.. (Court Reporter |

| | | |
|---|---|---|
| | | Carol L. Scott.) (Abaid, Kim) (Entered: 11/17/2005) |
| 11/16/2005 | 40 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT as to Andrew S. Hood (1), Count(s) 1, 2, The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 5 years. The court recommends that the defendant serve this sentence at FMCI, Ft. Devens, Massachusetts and that the defendant participate in a mental health program while in custody. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 PM on 01/09/2006. Upon release from imprisonment, the defendant shall be on supervised release for a term of 2 years. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student as directed by the probation officer. The standard conditions of supervision will apply. The defendant is to participate in a program for substance abuse counseling as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant is to participate in a sex offender specific treatment program which may include sex offender specific testing at the direction of the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant shall be required to submit to periodic polygraph testing as a means to insure that he is in compliance with the requirements of his therapeutic program. No violation proceedings will arise based solely on a defendant's failure to pass the polygraph. Such an event could, however, generate a separate investigation> When submitting to polygraph exam, the defendant does not waive his Fifth Amendment rights, and the defendant's exercise of his Fifth Amendment rights will not give rise to violation proceedings. The defendant is prohibited from engaging in an occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have unsupervised contact with anyone under the age of 18. The defendant is prohibited from possessing a computer and/or related materials except as deemed necessary for work purposes. The defendant shall report his address, and any subsequent address changes, to the Probation Office. A special assessment fee of $200.00 shall be applied., STATEMENT OF REASONS as to Andrew S. Hood (Abaid, Kim) (Entered: 11/17/2005) |
| 11/21/2005 | 41 | NOTICE OF APPEAL by Andrew S. Hood re 40 Judgment and Statement of Reasons. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by |

| | | 12/12/2005. (Abaid, Kim) (Entered: 11/22/2005) | |