```
                                                              FILED
                                                          IN CLERKS OFFICE

                UNITED STATES DISTRICT COURT        2005 DEC 16  A 9: 53
                FOR THE DISTRICT OF MASSACHUSETTS
                                                    U.S. DISTRICT COURT
UNITED STATES OF AMERICA                            DISTRICT OF MASS.
```

VS

ANDREW HOOD

CASE NUMBER: 05-CR-10061-JLT

### DEFENDANT'S MOTION FOR PERMISSION BE AWAY FROM COOLIDGE HOUSE

Now comes the Defendant in the above referenced case and moves this Honorable Court that the Defendant be permitted to leave Coolidge House and travel to his sister's home at 156 Lincoln Street, Franklin, Massachusetts for the purpose of observing the Holidays on the following days:

- Sunday, December 18, 2005 from 9:00 AM to 10:00 PM
- Saturday, December 24, 2005, from 9:00 AM to 10:00 PM
- Sunday, December 25, 2005 from 9:00 AM to 10:00 PM
- Sunday, January 1, 2006 from 9:00 AM to 10:00 PM

At all times while at his sister's house the Defendant will be in the company of adult family members.

1

On December 14, 2005 Defendant's Attorney, Robert D. Lewin, spoke on the telephone with Assistant Unites States Attorney Timothy Feeley; AUSA Feeley said he did not object to this request.

On December 15, 2005 Defendant's Attorney spoke on the telephone with United States Pretrial Services Officer David A. Picozzi; Officer Picozzi said he did not object to this request.

*Wherefore*, the Defendant respectfully requests that this request be acted on by the Court *without* a hearing.

December 15, 2005

Andrew Hood
Defendant
By His Attorney:

Robert D. Lewin, Esq.
One Salem Street, Suite 202
Malden, MA 02148
Tel. 781-322-2228
Fax. 781-322-6351
lewinandlewin@verizon.net
BBO#298080

Certificate of Service

I, Robert D. Lewin, hereby certify that a copy of the within Motion has this day been served on the United States of America by emailing a copy to Timothy Feeley, Esq., Assistant United States Attorney and by faxing a copy to David A. Picozzi, US Pretrial Services Officer.

December 15, 2005

Robert D. Lewin, Esq.

2