### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 50-51  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____

Deputy Clerk, US Court  of Appeals

- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

---

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 50-51  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

---

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 50-51  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 50-51 are orig i n a l   p l e a d ings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 50-51 are orig i n a l  p l e a d ings to be included wi record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/05

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-2849

USDC Docket Number : 05-10061-JLT

United States of America

v.

Andrew S. Hood

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 50-51 are orig i n a l    p l e a d ings to be included record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT


United States of America


v.


Andrew S. Hood

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I,  Sarah  A.  Thornton,  Clerk  of  the  United States District Court for the District of  Massachusetts,  do hereby  certify  that  the  annexed  documents  numbered  50-51    are  orig i n a l    p l e a d ings  to  be  incl record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals


- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the  United States District Court for the District of  Massachusetts,  do hereby  certify  that  the  annexed  documents  numbered  50-51   are  orig i n a l    p l e a d ings  to  be record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 50-51 are orig i n a l    p l e a d ings to record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the  United States District Court for the District of  Massachusetts,  do hereby  certify  that  the  annexed  documents  numbered  50-51    are  orig i n a l    p l e a d ings   record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, hereby certify that the annexed documents numbered 50-51 are orig i n a l    p l e a d in record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

---

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, hereby certify that the annexed documents numbered 50-51 are orig i n a l    p l e a d record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts hereby certify that the annexed documents numbered 50-51 are orig i n a l  p l e a record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/05

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachuset hereby certify that the annexed documents numbered 50-51 are orig i n a l    p l e record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

## CLERK'S SUPPLEMENTAL CERTIFICATE

I,   Sarah   A.   Thornton,   Clerk   of   the   United States District Court for the District of   Massachuse hereby   certify   that   the   annexed   documents   numbered   50-51       are   orig   i   n   a   l     p   l record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the  United States District Court for the District of  Massachu
hereby   certify   that   the   annexed   documents   numbered   50-51      are   orig   i   n   a   l        p
record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT


United States of America


v.


Andrew S. Hood

---

### <u>CLERK'S SUPPLEMENTAL CERTIFICATE</u>

I,    Sarah   A.   Thornton,   Clerk   of   the    United States District Court for the District of    Massach hereby    certify    that    the    annexed    documents    numbered    50-51       are    orig   i   n   a   l record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massac
hereby certify that the annexed documents numbered 50-51 are orig i n a l
record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massa hereby certify that the annexed documents numbered 50-51 are orig i n a l record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT

United States of America

v.

Andrew S. Hood

### CLERK'S SUPPLEMENTAL CERTIFICATE

I,    Sarah    A.    Thornton,    Clerk    of    the    United States District Court for the District of    Mass hereby    certify    that    the    annexed    documents    numbered    50-51    are    orig   i   n   a   l record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.

Sarah A. Thornton, Clerk of Court

By:

Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05

# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  05-2849

USDC Docket Number :  05-10061-JLT


United States of America


v.


Andrew S. Hood


## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Ma hereby certify that the annexed documents numbered 50-51 are orig i n a record on appeal in the above entitled case.


In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2006.


Sarah A. Thornton, Clerk of Court


By:

Deborah Scalfani, Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals


- 3/05